THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER WASH-
INGTON, Appellant, v DAVID F. NAPOLI, as Superintendent of
Southport Correctional Facility, Respondent.

Decided May 4, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that no substantial constitutional ques-
tion is directly involved. In this case, appellant's challenge to
his status as a second violent felony offender was decided below
on the basis that this claim had already been unsuccessfully
litigated and was therefore barred by collateral estoppel.

In the Matter of GAIL PRICE, Appellant, v SOUTHWEST AIRLINES,
INC., Respondent.

Submitted March 22, 2010; decided May 4, 2010

Motion for leave to appeal dismissed as untimely (see CPLR
5513 [b]). Motion for poor person relief dismissed as academic.

PRIME INCOME ASSET MANAGEMENT, INC., et al., Appellants, v
AMERICAN REAL ESTATE HOLDINGS, L.P., et al., Respondents.

Submitted March 8, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that si-
multaneous appeals do not lie to both the Appellate Division
and the Court of Appeals (see Parker v Rogerson, 35 NY2d 751,
753 [1974]).